Attachment A

Description of Residence

1. When viewed from the street, this residence is described as a multi-story red-brick duplex with a green columned roof covering a porch. The numbers 207 appear on a yellowish plate to the left of a dark-colored storm door. Two air conditioning units are in windows facing the street. A locked, weathered storm cellar door is on the left side of the residence. A yellow two-story addition is attached to the back of the residence.

Items to be Seized

1. Any and all weapons, including handguns, knives, rifles, shotguns, submachine guns, or associated ammunition, or any other firearms, receipts for the purchase of firearms, ammunition, or other weaponry, photographs of conspirators or associates with firearms or other weaponry, and manuals and documentation related to any firearms or weaponry;
2. Any and all infrared and thermal imaging equipment, receipts for the purchase of infrared and thermal imaging equipment, and manuals and documentation related to infrared and thermal imaging equipment;
3. Any and all restraining devices, including handcuffs, receipts for the purchase of restraining devices, and manuals or documentation related to restraining devices;
4. Any and all self-defense devices, including pepper spray, also known as OC spray, receipts for the purchase of self-defense devices, and manuals or documentation related to self-defense devices;
5. Any and all two-way radios, receipts for the purchase of two-way radios, and manuals or documentation related to two-way radios;
6. Any and all financial documentation relating to the purchase of weapons, infrared and thermal imaging equipment, restraining devices, communication devices, and self-defense devices, described in this attachment and in the affidavit in support of this warrant, including all check registers and bank account statements;
7. Any and all information relating to the Department of Homeland Security and any of its employees, including documents or notes indicating building locations, building schematics, employee schedules, or documents or notes making reference to the Secretary of the Department of Homeland Security;
8. Any and all lists or notes of potential targets;
9. Any and all evidence related to false impersonation or wrongful use of government credentials or badges;
10. Computers, including any and all Department of Homeland Security laptops, computer records, electronic storage media to include: secure digital cards (SD), compact flash cards, hard drives, USB drives. Books, records, receipts, and other papers relating to the preparation for workplace violence, introducing weapons into federal facilities and false

personation and/or impersonating a federal officer;
11. Address or telephone books and papers reflecting names, addresses, telephone or pager numbers and its contents of co-conspirators;
12. Photographs, negative, video tapes, films or slides of co-conspirators, or Department of Homeland Security buildings or employees;
13. Indicia of occupancy, residency, or ownership of the premises to be searched, including but not limited to utility and telephone bills, rental or purchase agreements and keys;
14. Indicia of rental or ownership of vehicles used to facilitate any of the activities described in the affidavit in support of this warrant;
15. Papers, tickets, notes, schedules, receipts, and other items relating to domestic and international travel; and
16. Mobile phones, cellular phones, mobile paging devices, trac phones, and any other prepaid wireless devices.

All of the above being evidence, fruits, and instrumentalities of 18 U.S.C. Sections 351, 371, 912, 930, and 1114.