IN THE UNITED STATES DISTRICT COURT
for the Northern District of West Virginia

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 207 East Martin Street, Martinsburg, West Virginia   25401 | **Case No. 3:16-MJ-42** |

## NOTICE OF APPEARANCE

Comes now the United States of America and William J. Ihllenfeld, II, United States Attorney for the Northern District of West Virginia, by Anna Z. Krasinski, Assistant United States Attorney for said District, and notices the Court of her appearance in the above case as counsel for the United States.

Respectfully submitted,

WILLIAM J. IHLENFELD, II
UNITED STATES ATTORNEY

By:   /s/ Anna Z. Krasinski
        Anna Z. Krasinski
        Assistant U. S. Attorney