IN THE UNITED STATES DISTRICT COURT
for the Northern District of West Virginia

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 207 East Martin Street, Martinsburg, West Virginia   25401 | **Case No. 3:16-MJ-42** |

## ORDER GRANTING MOTION FOR PERMISSION TO
## SEAL AFFIDVAITAND FILE REDACTED DOCUMENT

This day the United States filed a Motion for Permission to Seal Affidavit and File Redacted Document with the Court.   The Court grants that motion.   The Clerk is Ordered to seal Document 1-1 and the United States may file a redacted version.

**DATED:** _____

_____
CHIEF UNITED STATES DISTRICT JUDGE