IN THE UNITED STATES DISTRICT COURT
for the Northern District of West Virginia

IN THE MATTER OF THE SEARCH OF 207 East Martin Street, Martinsburg, West Virginia 25401

Case No. 3:16-MJ-42

ORDER GRANTING MOTION FOR PERMISSION TO
SEAL AFFIDVAIT AND FILE REDACTED DOCUMENT

This day the United States filed a Motion for Permission to Seal Affidavit and File Redacted Document with the Court. The Court grants that motion. The Clerk is Ordered to seal Document 1-1 and the United States may file a redacted version.

DATED: June 14, 2016

_____
UNITED STATES MAGISTRATE JUDGE